1006

[No. 25250-7-III. Division Three. August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER WILLIAM COPLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-01212-2, Cameron Mitchell, J., entered May 19, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 25359-7-III. Division Three. August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. DAY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-00196-7, Jerome J. Leveque, J., entered July 10, 2007. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24353-2-III. Division Three. August 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY SCOTT BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 05-1-00008-6, John Hotchkiss, J., entered June 27, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 24682-5-III. Division Three. August 9, 2007.]

*In the Matter of the Marriage of* CAROL ELIZABETH PEDERSON, *Respondent*, and TOD CARTER RAINEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-3-00702-4, Michael P. Price, J., entered October 20, 2005. *Reversed* and *remanded* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown, J., and Kato, J. Pro Tem.